RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL RIDDLE
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for:
ALEJANDRO CENTENO-QUINTANAR

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-302-JAD-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | (First Request) |
| ALEJANDRO CENTENO-QUINTANAR , | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Robert A. Bork, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and PAUL RIDDLE, Assistant Federal Public Defender, counsel for ALEJANDRO CENTENO-QUINTANAR, that the sentencing hearing currently scheduled for Monday, April 27, 2015 at 9:00 a.m., be vacated and set to a date and time convenient to this court but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. The client is in custody but does not oppose the continuance.

2. Undersigned defense counsel will begin trial in another case on the currently set date.

3. The additional time requested herein is not sought for purposes of delay.

4. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare for and be present at the sentencing hearing .

1

5. This is the First stipulation to continue sentencing filed herein.

DATED: April 22, 2015

| RENE L. VALLADARES | DANIEL G. BOGDEN |
| Federal Public Defender | United States Attorney |

By: / s/ Paul Riddle                                By:   /s/ Robert A. Bork
   PAUL RIDDLE,                              ROBERT A. BORK,
   Assistant Federal Public Defender     Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO CENTENO-QUINTANAR ,<br><br>Defendant. | Case No.:  **2:14-CR-302-JAD-PAL**<br><br>ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The client is in custody but does not oppose the continuance.
2. Undersigned defense counsel will begin trial in another case on the currently set date.
3. The additional time requested herein is not sought for purposes of delay.
4. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare for and be present at the sentencing hearing .
5. This is the First stipulation to continue sentencing filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing.

## ORDER

IT IS THEREFORE ORDERED,  that  the sentencing hearing currently scheduled for Monday, April 27, 2015 at 9:00 a.m., be vacated and continued to Monday, May 18, 2015 at 9:00 a.m.

DATED  23rd day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

3